## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WANDA MOORE,

    Plaintiff,

v.   Case No.   3:17-cv-692-J-34PDB

JAX NEW CHINA LIN, LLC,
d/b/a New China Restaurant,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 8; Stipulation) filed on September 26, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

    **ORDERED:**

    1.   This case is **DISMISSED with prejudice**.

    2.   Each party shall bear their own attorney's fees and costs.

    3.   The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of September, 2017.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record